IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

**GABRIEL JOSE DE CAIRES GUERRA,**
an individual

    **Plaintiff,**                                            **CASE NO.:**

v.

**TRANSUNION LLC,**
                                                           **DEMAND FOR JURY TRIAL**

    **Defendants.**
_____/

### SUMMONS IN CIVIL ACTION

To:

        **Trans Union LLC**
        c/o: Corporation Service Company
        1201 Hays Street
        Tallahassee, Florida 32301

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monique N. Reyes, Esq.
Consumer Rights Law, PLLC
848 Brickell Ave. PH-5 Miami, FL 33131
Phone: (305) 686-0236
E-mail: monique@consumerrights.law

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                          _____
                                                                                 *Signature of Clerk of Deputy Clerk*